```
                                    FILED
                              CLERK, U.S. DISTRICT COURT

                                   JUL 2 9 2008

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MAXWELL, | CASE NO. CV 07-5392 SJO (SS) |
| Petitioner, | **ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| V.W. ALMGER, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

///
///

1 **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
2 the Judgment herein on Petitioner and counsel for Respondent.

4 **LET JUDGMENT BE ENTERED ACCORDINGLY.**

6 DATED:

7 _____  SJO T 7/15/08
  S. JAMES OTERO
8 UNITED STATES DISTRICT JUDGE