JS-6

**FILED**
CLERK, U.S. DISTRICT COURT
JUL 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MAXWELL, ) | CASE NO. CV 07-5392 SJO (SS) |
| Petitioner, ) | **JUDGMENT** |
| v. ) | |
| V.W. ALMGER, Warden, ) | |
| Respondent. ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 7/25/08

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE